# NO. 12-21-00019-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *JOHN BARNETT,* <br> *APPELLANT* | § | *APPEAL FROM THE* |
| *V.* | | |
| *THOMAS C. BRIGHT, JAMES* <br> *MCANDREW, CHARLES DICKSON, J.* <br> *LEONARD DECARLO, ROBERT CLAY* <br> *WILLIAMS AND UROLOGY TYLER,* <br> *P.A.,* | § | *COUNTY COURT AT LAW* |
| *APPELLEES* | § | *SMITH COUNTY, TEXAS* |

### MEMORANDUM OPINION
### PER CURIAM

Appellant, John Barnett, filed an unopposed motion to dismiss this appeal. In the motion, Barnett states that the parties settled this case. Accordingly, the motion to dismiss is granted, and the appeal is ***dismissed***. *See* TEX. R. APP. P. 42.1(a).

Opinion delivered June 30, 2021.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

### JUNE 30, 2021

### NO. 12-21-00019-CV

**JOHN BARNETT,**
Appellant
V.
**THOMAS C. BRIGHT, JAMES MCANDREW, CHARLES DICKSON, J. LEONARD DECARLO, ROBERT CLAY WILLIAMS AND UROLOGY TYLER, P.A.,**
Appellees

---

Appeal from the County Court at Law

of Smith County, Texas (Tr.Ct.No. 71987)

---

THIS CAUSE came on to be heard on the unopposed motion of the Appellant to dismiss the appeal herein, and the same being considered, it is hereby ORDERED, ADJUDGED and DECREED by this Court that the motion to dismiss be **granted** and the appeal be **dismissed,** and that the decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*